CASSIMER TREMOLET *v.* THE PARISH OF TERREBONNE.

CAMPBELL, J. The principles involved in this case, cannot be distinguished from those just decided in the case of *Michel* v. *The Police Jury of Terrebonne.*

For the reasons there assigned, the judgment rendered by the District Court in this case is affirmed with costs.